[No. 12846-2-II. Division Two. August 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN JAMES MCDUFFEE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 89-1-00005-1, Michael G. Spencer, J., entered April 17, 1989. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Alexander, J., and Worswick, J. Pro Tem.

[No. 13581-7-II. Division Two. August 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE MCALPIN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-1-00412-5, James I. Maddock, J., entered January 8, 1990. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Petrich, C.J., and Morgan, J.

[No. 14618-5-II. Division Two. August 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMMY RAY TODD, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 90-1-00094-9, Gary W. Velie, J., entered January 11, 1991. *Reversed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Seinfeld, J., and Doran, J. Pro Tem.